IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Kelley D. Gaines, | ) | C.A. No. 8:05-2198-TLW-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Robert Daly et. al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Plaintiff brought this *pro se* civil action against the Defendants under 42 U.S.C. § 1983. The Plaintiff is an inmate at the Anderson County Detention Center, and his claims center around his treatment after his alleged trip and fall at the Center.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed August 26, 2005, by United States Magistrate Judge Bruce Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hendricks recommends that the Plaintiff's complaint be dismissed without prejudice and without issuance and service of process. Plaintiff has not objected to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to

1

give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 5), and Plaintiff's claim is dismissed.

**IT IS SO ORDERED.**

    S/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

February 25, 2008
Florence, South Carolina

2